RUTAN & TUCKER, LLP
PHILIP D. KOHN (State Bar No. 90158)
  City Attorney, City of Laguna Beach
  pkohn@rutan.com
AJIT S. THIND (State Bar No. 268018)
  Deputy City Attorney
  athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  (714) 641-5100
Facsimile:   (714) 546-9035

Attorneys for Defendants
CITY OF LAGUNA BEACH and
SERGEANT ROBERT RAHAEUSER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN INJEYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LAGUNA BEACH and DETECTIVE ROBERT RAYHAUSER, DETECTIVE NATALIE LEAL, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. SACV 12-790 BRO (JPRx)<br><br>**JUDGMENT** |

　　　　Defendants City of Laguna Beach and Sergeant Robert Rahaeuser (collectively "Defendants") filed a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment ("Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Plaintiff Marilyn Injeyan filed opposition to the Motion and Defendants filed a reply.  On August 6, 2013, the Motion came on for hearing and counsel for Plaintiff and Defendants presented oral arguments.  At the conclusion of the hearing, the Court took the matter under submission.

　　　　After full and careful consideration of the evidence and the points and authorities submitted by the parties, and the oral arguments of counsel, the Court

2465/053733-0610
6108323.2 a09/11/13

JUDGMENT

finds that Defendants are entitled to Qualified Immunity.  On August 30, 2013, the Court filed its Minute Order granting the motion for summary judgment ("Order," Dkt. No. 44).

Prior to the filing of the Motion, the Court dismissed Defendant Detective Natalie Leal from the action pursuant to a joint motion of the parties.  Prior to the filing of the Motion, Plaintiff notified Defendants of her intent to abandon her Monell claims against Defendant City of Laguna Beach, and to abandon her claims against Sergeant Robert Rahaeuser with respect to the Third and Fourth Claims for Relief, and the Court hereby dismisses those claims.

All Doe Defendants are hereby dismissed from the action.

The Court having ordered entry of judgment as requested in the Motion for the reasons set forth in the Order and good cause appearing therefor:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Marilyn Injeyan shall take nothing by way of her Complaint in this action, that the action shall be dismissed and judgment entered on the merits in favor of Defendants City of Laguna Beach and Sergeant Robert Rahaeuser. Defendants shall recover their costs of suit unless Plaintiff provides the Court with evidence to show that she is incapable of paying.  Plaintiff is ordered to provide a declaration detailing any evidence by September 25, 2013.  **FAILURE TO RESPOND RISKS IMPOSITION OF COSTS OF SUIT.  Should Plaintiff respond, Defendants shall file a responsive declaration by October 2, 2013.**

**IT IS SO ORDERED.**

Dated:  September 11, 2013

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE